UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN C. FENNAL,<br><br>Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:26-cv-00035-KMW-EAP |

ROBERT WILKINS, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a Vice President, Business Analysis Manager with Credit Bureau Operations ("CBO") for respondent JPMorgan Chase Bank, N.A. ("Chase"). My responsibilities include regularly providing research and support assistance for claims and litigation involving Chase. This declaration is based upon my personal knowledge, my review of Chase's business records, and information and belief. I am competent to testify on the matters stated herein.

2. Based on my position, I am familiar with the manner in which records are created and maintained by Chase in relation to Chase credit card accounts, including the Chase Ink business credit card accounts (i) ending in 6926 (the "6926 Account") in the name of Kevin C. Fennal ("Fennal") and K&I Home Investors, LLC, and (ii) ending in 5809 (the "5809 Account") in the name of Kevin C. Fennal and K&I Home Investors, LLC.

3. Upon receiving a credit reporting dispute from a consumer, the credit bureaus use an electronic platform known as e-Oscar to transmit the dispute to furnishers like Chase on a digital form known as an Automated Consumer Dispute Verification ("ACDV") form. The form is presented to the furnisher (here, Chase) with the form's "Request [or Req.] Data" fields completed by the credit bureau, which the furnisher may update or modify in the "Response [or Resp.] Data" fields or alternatively leave

blank if no change is necessary. The ACDV fields are uniform and used by all of the major credit bureaus to present existing credit data to and seek validation and/or updates of same from the furnishers.

4. On or about October 27, 2025, Equifax transmitted an ACDV to Chase relative to the 5809 Account. Attached hereto as Exhibit "E" is a true and correct copy of Chase's responsive ACDV form to Equifax dated November 6, 2025 (Bates stamped CHASE-000345 to CHASE-000347), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase updated certain of the "Response Data" fields on the Equifax ACDV and, as relevant here, on page 2 of same noted in the "Account Type" field as a "Business Credit Card."

5. Attached hereto as Exhibit "F" is a true and correct excerpted copy of the 5809 Account's C3 account notes dated November 6, 2025, which notates Chase's investigation corresponding to the ACDV annexed hereto as Ex. E, at CHASE-000375. The C3 notes are the system of record for the 5809 Account.

6. On or about November 20, 2025, Equifax transmitted an ACDV to Chase relative to the 5809 Account. Attached hereto as Exhibit "G" is a true and correct copy of Chase's responsive ACDV form to Equifax dated November 28, 2025 (Bates stamped CHASE-000348 to CHASE-000350), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase updated certain of the "Response Data" fields on the Equifax ACDV and, as relevant here, on page 2 of same noted in the "Account Type" field as a "Business Credit Card."

7. Attached hereto as Exhibit "F" is a true and correct excerpted copy of the 5809 Account's C3 account notes dated November 28, 2025, which notates Chase's investigation corresponding to the ACDV annexed hereto as Ex. G, at CHASE-000372. The C3 notes are the system of record for the 5809 Account.

8. On or about November 20, 2025, TransUnion transmitted an ACDV to Chase relative to the 5809 Account. Attached hereto as Exhibit "H" is a true and correct copy of Chase's responsive ACDV form to TransUnion dated December 2, 2025 (Bates stamped CHASE-000351 to CHASE-000353), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase updated certain of the "Response Data" fields on the TransUnion ACDV and, as relevant here, on page 2 of same noted in the "Account Type" field as a "Business Credit Card."

9. Attached hereto as Exhibit "F" is a true and correct excerpted copy of the 5809 Account's C3 account notes dated December 2, 2025, which notates Chase's investigation corresponding to the ACDV annexed hereto as Ex. H, at CHASE-000372. The C3 notes are the system of record for the 5809 Account.

10. On or about November 20, 2025, Equifax transmitted an ACDV to Chase relative to the 6926 Account. Attached hereto as Exhibit "I" is a true and correct copy of Chase's responsive ACDV form to Equifax dated November 28, 2025 (Bates stamped CHASE-000354 to CHASE-000356), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase updated certain of the "Response Data" fields on the Equifax ACDV and, as relevant here, on page 2 of same noted in the "Account Type" field as a "Business Credit Card."

11. Attached hereto as Exhibit "J" is a true and correct excerpted copy of the 6926 Account's C3 account notes dated November 28, 2025, which notates Chase's investigation corresponding to the ACDV annexed hereto as Ex. I, at CHASE-000328. The C3 notes are the system of record for the 6926 Account.

12. On or about November 20, 2025, TransUnion transmitted an ACDV to Chase relative to the 6926 Account. Attached hereto as Exhibit "K" is a true and correct copy of Chase's responsive ACDV form to TransUnion dated December 2, 2025 (Bates stamped CHASE-000357 to CHASE-000359), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase updated certain of the "Response Data" fields on the Equifax ACDV and, as relevant here, on page 2 of same noted in the "Account Type" field as a "Business Credit Card."

13. Attached hereto as Exhibit "J" is a true and correct excerpted copy of the 6926 Account's C3 account notes dated December 2, 2025, which notates Chase's investigation corresponding to the ACDV annexed hereto as Ex. K, at CHASE-000328. The C3 notes are the system of record for the 6926 Account.

14. In terms of the delinquency notations concerning the 6926 and 5809 Accounts, which as noted are business credit card accounts, Chase does not report business card accounts unless they become 60 days delinquent, which occurred here relative to both accounts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of August, 2026.

ROBERT WILKINS