Christopher B. Turcotte
TURCOTTE LAW, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 937-8499
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KEVIN C. FENNAL,

Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No. 1:26-cv-00035-KMW-EAP
Hon. Karen M. Williams

Motion Day: September 21, 2026

**NOTICE OF MOTION TO FILE UNDER SEAL EXHIBITS TO WILKINS DECLARATION**

**PLEASE TAKE NOTICE** that upon the Declaration of Christopher B. Turcotte, Esq. dated August 21, 2026 and the exhibit annexed thereto, and pursuant to the Discovery Confidentiality Order filed in this action (ECF No. 18) and Rule 5.3 of the Local Rules, defendant JPMorgan Chase Bank, N.A. ("Chase"), by its attorneys, will move this Court on September 21, 2026, before the Honorable Karen M. Williams, United States District Judge, for an order granting Chase's motion to file **under seal** Exhibits E, F, G, H, I, J, and K of the Declaration of Robert Wilkins dated August 14, 2026 (ECF No. 21) in support of Chase's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served on the undersigned no later than September 8, 2026.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is attached with this motion.

TURCOTTE LAW, P.C.

By: /s/ Christopher B. Turcotte
Christopher B. Turcotte
641 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 937-8499
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Dated: August 21, 2026